1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Janice Y. Huffman,

11              Plaintiff,                         CIV S-04-1620 CMK

12        vs.

13   JO ANNE B. BARNHART,                          <u>ORDER</u>
     Commissioner of Social Security,
14
                Defendant.
15
     _____/
16
              Plaintiff requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis
17
     with this action challenging a decision of the Commissioner of Social Security.  On August 11,
18
     2004, the court granted plaintiff's request and issued an order directing the United States Marshal
19
     to serve all process without prepayment of costs within sixty days.  A review of the docket
20
     indicates that defendant has not been served.[1]
21
          IT IS ORDERED THAT:
22
              1.  The clerk of the court is directed to serve a copy of this order on the United
23
     States Marshal and;
24
              2. The United States Marshal is directed to serve all process without prepayment
25
     of costs not later than sixty days from the date of this order.  Service of process shall be
26

   _____

        [1]There is no return of service reflected in the docket sheet.

1  completed by delivering a copy of the summons and complaint to the United States Attorney for

2  the Eastern District of California, and by sending a copy of the summons and complaint by

3  registered or certified mail to the Attorney General of the United States at Washington, D.C.  See

4  Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and

5  complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of

6  General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD   21235.  See

7  Fed. R. Civ. P. 4(i)(2).

8

9  DATED:   October 24, 2005.

10

11                                                       _____

12                                                       **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26