McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    E-Mail: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JANICE HUFFMAN,                       )<br>                                                      )<br>      Plaintiff,                          )<br>                                                      )<br>           v.                             )<br>                                                      )<br>MICHAEL J. ASTRUE[1],              )<br>  Commissioner of                       )<br>  Social Security,                           )<br>                                                      )<br>      Defendant.                         )<br>_____)  | CIVIL NO. 2:04-CV-1620-CMK<br><br>STIPULATION OF DISMISSAL AND <u>ORDER</u> |

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above-captioned case is dismissed under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

///

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This Stipulation for Dismissal is respectfully submitted,

Dated: August 3 , 2007        /s/ David M. Shore
                              (As authorized via facsimile)
                              DAVID M. SHORE
                              Attorney for Plaintiff

Dated: August 3 , 2007        McGREGOR W. SCOTT
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ Jean M. Turk
                              JEAN M. TURK
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

August 15, 2007

                              /s/   **CRAIG M. KELLISON**
                              Craig M. Kellison
                              UNITED STATES MAGISTRATE JUDGE

2 - Stip of Dismissal